partment. December 13, 1912.) Action by Walter M. Rosebault against the Ford Leather Company. No opinion. Motion granted, with $10 costs. Order filed.

ROSENZWEIG, Appellant, v. FIRUSKI, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Ida Rosenzweig against Louis Firuski. H. W. Merchant, of New York City, for appellant. J. M. Proskauer, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ROWLEY, Respondent, v. GORHAM, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Eva K. Rowley against James A. Gorham, etc.

PER CURIAM. Order modified, by limiting the scope of defendant's examination to matters alleged in the second defense of the answer, relative to a release of the contract, and to so much of the third defense as relates to plaintiff's alleged representations that at the time that the promise, if any, was made, she was an unmarried woman, when in fact she had a husband living. As thus modified, the order is affirmed, without costs.

RUBIN, Respondent, v. BALLANCE, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Wolf Rubin against William A. Ballance. H. I. Gordon, of Brooklyn, for appellant. N. Ottinger, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RUDIGER et al., Appellants, v. COLEMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by Eugene A. Rudiger and another against James S. Coleman and others. No opinion. Motion denied, without costs. See, also, 151 App. Div. 890, 918, 135 N. Y. Supp. 1140.

RYCROFT v. PIERCE. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Alice G. Rycroft against Henry C. Pierce. No opinion. Motion denied, with $10 costs. Order filed. See, also, 137 N. Y. Supp. 950.

SALOMON, Respondent, v. SALOMON, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Amelia Salomon against Joseph Salomon. J. W. Osborne, of New York City, for appellant. A. D. Lind, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 150 App. Div. 903, 135 N. Y. Supp. 1140.

SANDZIG v. ECKSTEIN et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Nache Sandzig against Jacob Eckstein, impleaded with others. No opinion. Application denied, with $10 costs. Order signed. See, also, 132 N. Y. Supp. 727.

SAPORTAS, Respondent, v. RYAN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Regina B. Saportas against Allan A. Ryan and another. De L. Nicoll, of New York City, for appellants. W. N. Cohen, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted to the extent stated in order. Order filed.

SARGENT & CO. v. DEMEREST et al. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Sargent & Co. against John D. Demerest and others. No opinion. Judgment affirmed, with costs.

SALKELD et al., Appellants, v. COLUMBIA HOSIERY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Andrew D. Salkeld and others against the Columbia Hosiery Company and others. R. T. Greene, of New York City, for appellants. J. A. Peck, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SAYRE, Appellant, v. PROGRESSIVE CONSTRUCTION & LEASING CO., respondent. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Reginald H. Sayre against the Progressive Construction & Leasing Company. R. K. Prentice, of New York City, for appellant. H. S. Dottenheim, of New York City, for respondent. No opinion. Judgment affirmed, with costs, on the ground that the complaint does not state facts sufficient to constitute a cause of action. Order filed.

SCARAVAGLINE v. BOARD of EDUCATION. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Rosie Scaravagline v. Board of Education. No opinion. Motion granted, with $10 costs. Order filed.

SCHARFF, Respondent, v. JACKSON, Appellant. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by William Scharff against John H. Jackson.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to ap-